UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTOPHER O'ROURKE,
                        Plaintiff,

            -against-

MILLESIMA USA LLC, et al.,
                       Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/31/18

18 Civ. 684 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated March 28, 2018, required the parties to file a status letter on May 28, 2018, as outlined in Individual Rule IV.A.2;

      WHEREAS, the parties failed to submit the letter.  It is hereby

      **ORDERED** that, by **June 4, 2018**, the parties shall file the status letter.

Dated: May 31, 2018
       New York, New York

                                         LORNA G. SCHOFIELD
                                 UNITED STATES DISTRICT JUDGE