UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTOPHER O'ROURKE,

                Plaintiff,                CASE NO.: 1:18-cv-684-LGS

v.                                              **STIPULATION OF DISMISSAL**
                                              **WITH PREJUDICE**

MILLESIMA USA LLC and
SECOND AVE. 1355 REALTY LLC,

                Defendants.
-------------------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, CHRISTOPHER O'ROURKE, and Defendants, MILLESIMA USA LLC and SECOND AVE. 1355 REALTY LLC, by and through undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorney's fees.

DATED:      New York, New York
                  **August 8, 2018**

**LAW OFFICES OF NOLAN KLEIN, P.A.**

By: _____
Nolan Klein, Esquire
39 Broadway, Ste. 2250
New York, NY 10006
Ph: 646-560-3230
klein@nklegal.com
*Attorneys for Plaintiff*

**BERLINER & PILSON, ESQS.**

By: _____
Richard J. Pilson, Esquire
40 Cuttermill Road, Ste. 308
Great Neck, NY 11021
Ph: 631-608-0857
rpilson@berlinerpilson.com
*Attorneys for Defendant,*
*Second Ave. 1355 Realty LLC*

**TANNENBAUM HELPERN**
**SYRACUSE & HIRSHTRITT LLP**

By: _____
Joseph D. Lockinger, Esquire
900 Third Avenue
New York, NY 10022
Ph: (212) 508-6714
lockinger@thsh.com
*Attorneys for Defendant,*
*Millesima USA LLC*